# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MID-AMERICA FREIGHT LOGISTICS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:17cv1762 SNLJ |
| WALTERS TRUCKING, INC., | ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

On October 23, 2017, this Court remanded this matter to the Circuit Court of St. Louis County, Missouri, and granted plaintiff's request for attorneys' fees (#23). Plaintiff has since filed a supplemental memorandum in support of its attorneys' fees request and supported that memorandum with an affidavit. Plaintiff seeks $5,185.00 in attorneys' fees. Defendant did not file a response to plaintiff's memorandum and affidavit, and the time for doing so has passed. Finding the amount of attorneys' fees to be reasonable in light of the subject matter, and, in the absence of any objection, the Court will grant plaintiff's request.

Accordingly,

IT IS HEREBY ORDERED that, in accordance with this Court's Order dated October 23, 2017, defendant Walters Trucking, Inc. shall pay to plaintiff's attorney Boye Brasher LLC, within 14 days, $5,185.00 for attorneys' fees incurred as a result of defendant's removal of this case.

Dated this __22nd__ day of November, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE